In the Matter of the Application of WILLIAM BERNARD for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of MAX JOSEPH for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MARIA CUNNINGHAM, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order reversed, with costs and disbursements, and the verdict reinstated. The issues of negligence and contributory negligence were properly resolved, and the objection of the city that the complaint does not allege and the proof show proof of service of claim* is obviated by amendment of the complaint allowed here by order this day handed down,† and submission of the notice actually filed with the comptroller within due time prior to commencement of the action. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, Appellant, Respondent, for an Order to Take Possession of the Property and Conserve the Assets of RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, Respondent, Appellant, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Order, in so far as it denies cross-motion of the Superintendent of Insurance, affirmed; in all other respects order reversed, with ten dollars costs and disbursements to the appellant Superintendent of Insurance, and motion of Russian Reinsurance Company denied, with ten dollars costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, Appellant, Respondent, for an Order to Take Possession of the Property and Conserve the Assets, etc., of FIRST RUSSIAN INSURANCE COMPANY, ESTABLISHED IN 1827, Respondent, Appellant, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Order, in so far as it denies cross-motion of Superintendent of Insurance, affirmed; in all other respects order reversed, with ten dollars costs and disbursements to the appellant Superintendent of Insurance, and motion of First Russian Insurance Company, Established in 1827, denied, with ten dollars costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

---

* See Laws of 1886, chap. 572; Greater New York Charter (Laws of 1901, chap. 466), § 261, as amd. by Laws of 1912, chap. 452.— [REP.

† May 31, 1929, *ante*, p. 804.— [REP.